37372. COLSTON v. GRIGGS.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED JUNE 16, 1981.

*Maylon K. London,* for appellant.
*Oliver & Oliver, Robert F. Oliver,* for appellee.